IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION
NOVEMBER 2009 SESSION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 1 2 2009

JOHN F. CORCORAN, CLERK
BY: /s/ 
    DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 4:09CR39 |
| | ) | |
| v | ) | **SEALED INDICTMENT** |
| | ) | |
| CHADRIQUEZ DEVON WILLIAMS | ) | **In Violation of:** |
| | ) | |
| | ) | Title 21, U.S.C., §841(a)(1) |
| | ) | Title 18, U.S.C., §924(c) |

## COUNT ONE

The Grand Jury charges:

1. That on or about August 28, 2009, in the Western Judicial District of Virginia, the defendant, CHADRIQUEZ DEVON WILLIAMS, did knowingly and intentionally possess a measurable quantity of a mixture or substance containing marijuana, a Schedule I narcotic controlled substance, with the intent to distribute.

2. In violation of Title 21, United States Code Section 841(a)(1) and (b)(1)(D).

## COUNT TWO

The Grand Jury charges:

1. That on or about August 28, 2009, in the Western Judicial District of Virginia, the defendant, CHADRIQUEZ DEVON WILLIAMS, did knowingly use and carry a firearm during and in relation to, and did possess a firearm in furtherance of, a drug trafficking crime which may be prosecuted in a court of the United States, as heretofore set forth in Count One of this indictment, and did discharge said firearm.

2. In violation of Title 18, United States Code, Section 924(c).

## COUNT THREE

The Grand Jury charges:

1. That on or about August 28, 2009, in the Western Judicial District of Virginia, at a time and place different from that set out in Count Two of this indictment, the defendant, CHADRIQUEZ DEVON WILLIAMS, did knowingly use and carry a firearm during and in relation to, and did possess a firearm in furtherance of, a drug trafficking crime which may be prosecuted in a court of the United States, as heretofore set forth in Count One of this indictment, and did discharge said firearm.

2. In violation of Title 18, United States Code, Section 924(c).

A TRUE BILL this __12__ day of November, 2009.

/s/ Joseph F. LaBlare
FOREPERSON

/s/ Timothy J. Heaphy (MB)
TIMOTHY J. HEAPHY
UNITED STATES ATTORNEY