FILED: July 1, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-5131
(4:09−cr−00039−sgw−1)

UNITED STATES OF AMERICA,

    Plaintiff – Appellee,

  v.

CHADRIQUEZ DEVON WILLIAMS,

    Defendant - Appellant.

O R D E R

Upon consideration of the unopposed motion to remand this case to the district court for resentencing, the Court grants the motion. The Court vacates the sentence and remands the case for the limited purpose of resentencing.

For the Court

/s/ Patricia S. Connor

Clerk