CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 24 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| CHADRIQUEZ WILLIAMS, | ) | |
| | ) | Criminal No. 4:09cr00039 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |
| Respondent. | ) | |

In accordance with the memorandum opinion entered on this date, it is **ORDERED** and **ADJUDGED** that Williams' motion to recuse is **DENIED**.

**ENTER:** July 24, 2013.

/s/
UNITED STATES DISTRICT JUDGE