CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 13 2014

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| CHADRIQUEZ WILLIAMS, ) | |
| ) | Criminal No. 4:09cr00039 |
| Petitioner, ) | |
| ) | |
| v. ) | **FINAL ORDER ADOPTING REPORT** |
| ) | **AND RECOMMENDATION** |
| ) | |
| UNITED STATES OF AMERICA, ) | By: Samuel G. Wilson |
| ) | United States District Judge |
| Respondent. ) | |

Petitioner Chadriquez Williams filed this 28 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence of 360 months for possession of marijuana with intent to distribute and possession of a firearm during and in relation to a drug trafficking offense. Williams asserted numerous grounds for relief, including five different ineffective assistance of counsel claims, four due process claims, a Sixth Amendment fair trial claim, and a claim under Alleyne v. United States, 133 S. Ct. 2151 (2013). By memorandum opinion and order entered on February 7, 2014, the court dismissed all of Williams' claims except two: one claiming that counsel failed to convey the government's plea offer and another claiming that counsel failed to warn that Williams could be convicted on an aiding and abetting theory if he proceeded to trial. The court referred the matter to United States Magistrate Judge Robert Ballou for a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). After conducting an evidentiary hearing at which Williams testified, Magistrate Judge Ballou filed a Report and Recommendation finding that Williams failed to establish that he received ineffective assistance of counsel in either respect. Williams has filed an objection to the Report and Recommendation, partly reiterating argument made in his earlier motion and offering nothing substantive in response to the

Magistrate's findings. (ECF No. 162) Having reviewed the Report and Recommendation, Williams' objections thereto, and pertinent portions of the record *de novo* in accordance with § 636(b)(1), the court agrees with the Magistrate Judge's recommendations regarding the entry of judgment in favor of the government on Williams' remaining § 2255 claims. (ECF No. 161)

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that the Magistrate Judge's Report and Recommendation is **ADOPTED** in its entirety; Williams' objections are **OVERRULED**; and the court **DENIES** Williams' § 2255 motion. The case is **DISMISSED** and **STRICKEN** from the court's active docket. Further, finding that Williams has failed to make the requisite substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk of the Court is **DIRECTED** to send a certified copy of this order to Williams.

**ENTER:** June 13, 2014.

UNITED STATES DISTRICT JUDGE