CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
APR 25 2022
JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 4:09-cr-39 |
| ) | |
| ) | By: Michael F. Urbanski |
| CHADRIQUEZ DEVON WILLIAMS, ) | Chief United States District Judge |
| Defendant-Petitioner ) | |

## SCHEDULING ORDER

On October 26, 2020, Petitioner Chadriquez Devon Williams filed a pro se motion requesting counsel to determine whether he had a claim for relief under the First Step Act. ECF No. 210. The Federal Public Defender was appointed to review Williams' request for relief and notified the court that she was not aware of any ground upon which relief could be afforded Williams under the First Step Act, but she sought and was granted several extensions of time to file a request for compassionate release on his behalf. Williams filed a motion for compassionate release on December 14, 2021. ECF No. 244. The United States filed a response to the motion on January 25, 2022, ECF No. 248, and Williams, via his counsel, has indicated that he intends to file a reply to the response. ECF No. 249.

Williams is **ORDERED** to file his reply to the government's response on or before June 22, 2022. No further extensions will be given.

It is so **ORDERED**.

Entered: April 22, 2022

Michael F. Urbanski
Chief U.S. District Judge
2022.04.22 13:52:36 -04'00'

Michael F. Urbanski
Chief United States District Judge