CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUL 05 2022

JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 4:09-cr-39 |
| ) | |
| ) | By: Michael F. Urbanski |
| CHADRIQUEZ DEVON WILLIAMS, ) | Chief United States District Judge |
| Defendant-Petitioner ) | |

## ORDER

In ECF No. 251, Chadriquez Devon Williams, represented by counsel, moves to withdraw his previously filed motions for compassionate release, ECF Nos. 210, 217, 244.[1] The United States is **ORDERED** to respond to the motion within **30 (thirty) days** and let the court know (1) if it opposes to the motion and (2) if so, on what grounds. Any reply by Williams will be due **14 (fourteen)** days after the government's response.

It is so **ORDERED**.

Entered: July 1, 2022

Michael F. Urbanski
Chief United States District Judge

---

[1] Williams has three motions for compassionate release pending and did not specify which motion he wishes to withdraw. The court assumes that his motion to withdraw pertains to all three pending motions.